1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ASCENTIUM CAPITAL, LLC,                     No.  2:21-cv-00376 KJM CKD

12                  Plaintiff,

13          v.                                     <u>ORDER</u>

14    INDU MOTEL, LLC, et al.,

15                  Defendants.

16

17          On February 2, 2022, the magistrate judge filed findings and recommendations, which

18    contained notice that any objections to the findings and recommendations were to be filed within

19    fourteen days.  No party has filed objections to the findings and recommendations.

20          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

21    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

22    de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

23    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

24    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

25    supported by the record and by the proper analysis.

26    /////

27    /////

28
                                              1

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued February 2, 2020 are adopted in full with the following typographical error on page 8, lines 14 and 18 corrected: the combined award of attorney fees and costs is $12,089.00 and not $13,911.86;

2. Plaintiff's motion for default judgment (ECF No. 16) is GRANTED;

3. Judgment is entered in favor of plaintiff Ascentium Capital LLC and against defendants Indu Motel LLC, Pragnesh Patel, and Vasant Patel, jointly and severally, in the amount of $183,659.16, comprised of principal in the amount of $171,570.16; attorney's fees of $10,278.00; and costs in the sum of $1,811.00;

4. The Clerk of Court is directed to vacate all dates and close this case; and

5. Plaintiff shall forthwith serve copies of this order on defendants by U.S. mail at their last-known addresses.

DATED:  October 26, 2022.

CHIEF UNITED STATES DISTRICT JUDGE